UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-81507-MIDDLEBROOKS/MATTHEWMAN

ROBIN FLEMING, et al.,

Plaintiffs,

v.

GLENN F. STRAUB, et al.,

Defendants.
_______________________________________/

**ORDER ON PLAINTIFFS' OMNIBUS DISCOVERY MOTION TO COMPEL [DE 117]**

THIS CAUSE is before the Court upon Plaintiffs' Omnibus Discovery Motion to Compel ("Motion") [DE 117]. Defendants responded [DE 125], and Plaintiffs replied [DE 129]. The parties also filed a Joint Notice in accordance with further Court ordered conferral. [DE 132]. According to the Joint Notice, the parties resolved a majority of their discovery disputes. *Id.* The Court then held a hearing on the Motion on December 9, 2025. [DE 139]. The Court made certain rulings at the hearing. This Order is intended to memorialize those oral rulings.

Therefore, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion [DE 117] is **GRANTED** as explained below.
2. Based upon the parties' representations and their conferral efforts, the recent change of counsel, and the upcoming holidays, the discovery deadline is extended until **January 19, 2026**. This extension shall not be a basis for the parties to request an extension of the dispositive motion deadline or trial.
3. Defendants shall produce the previously agreed upon communications and documents with metadata by **December 26, 2025**.

4. The parties shall confer further regarding a proposed confidentiality order concerning Defendants' tax returns. The parties shall also promptly file their proposed order for the Court's review and send a Word version to the Undersigned at matthewman@flsd.uscourts.gov.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 11th day of December 2025.

WILLIAM MATTHEWMAN
Chief United States Magistrate Judge