# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81507-CV-MIDDLEBROOKS

ROBIN FLEMING, MISS AMERICA IP,
INC., MISS AMERICA'S SCHOLARSHIP
FOUNDATION, INC., and MAO IP
HOLDING COMPANY, LLC,

    Plaintiffs,

v.

GLENN F. STRAUB, CRAIG T. GALLE,
KATHLEEN A. FIALCO, and PALM BEACH
POLO, INC.,

    Defendants.
_____/

## ORDER SETTING HEARING

The above-styled cause has been set for a hearing on Friday, January 30, 2026, at 10:30 a.m. before United States District Judge Donald M. Middlebrooks, at 701 Clematis Street, Courtroom 7 (2nd Floor), West Palm Beach, Florida on the motions for sanctions (DE 97 and 119).

**SIGNED** in Chambers at West Palm Beach, Florida, this 17th day of December, 2025

                                              Donald M. Middlebrooks
                                              United States District Judge

Copies to: Counsel of Record