## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

CASE NO. 24-81507-CV-MIDDLEBROOKS/MATTHEWMAN

ROBIN FLEMING, MISS AMERICA IP,
INC., MISS AMERICA'S SCHOLARSHIP
FOUNDATION, INC., and MAO IP
HOLDING COMPANY, LLC,
     Plaintiffs,

v.

GLENN F. STRAUB, CRAIG T. GALLE,
KATHLEEN A. FIALCO, and PALM
BEACH POLO, INC.,
     Defendants.

_____/

GLENN F. STRAUB and PALM BEACH
POLO, INC.,
     Counter-Plaintiffs,

v.

ROBIN FLEMING,
     Counter-Defendant.

_____/

### NOTICE OF PARTIAL WITHDRAWAL OF MOTION FOR SANCTIONS

PLEASE TAKE NOTICE THAT Plaintiffs Robin Fleming, Miss America IP, Inc., Miss

America's Scholarship Foundation, Inc., and MAO IP Holding Company, LLC ("Plaintiffs"), by

and through undersigned counsel, hereby withdraw their Motion for Sanctions [ECF No. 97]

against Defendant Craig T. Galle with prejudice.[1]

---

[1] For the avoidance of doubt, Plaintiffs do not withdraw the Motion for Sanctions against
Defendant Glenn Straub and will be prepared to proceed at the hearing before Judge
Middlebrooks, currently set for January 30, 2026 at 10:30 a.m. in accordance with the Court's
order, set forth in ECF No. 142.

-1-

-2-

Dated: January 20, 2026

Respectfully submitted,

/s/  *John Gravante*
John Gravante (Florida Bar No. 0617113)
MOORE & LEE, P.C.
3835 PGA Boulevard, Suite 201
Palm Beach Gardens, Florida 33410
Telephone: (703) 940-3763
j.gravante@mooreandlee.com

Benjamin G. Chew (*pro hac vice*)
Jessica N. Meyers (*pro hac vice*)
Andrew C. Crawford (*pro hac vice*)
John G. Doyle (*pro hac vice*)
Nina C. Franco (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
Facsimile: (202) 747-1901
bchew@sheppardmullin.com
jmeyers@sheppardmullin.com
acrawford@sheppardmullin.com
jdoyle@sheppardmullin.com
nfranco@sheppardmullin.com

*Attorneys for Plaintiffs*

-3-

## <u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that on this 20th day of January, 2026, a true copy of the foregoing document was served via ECF on all parties of record, including Defendants' counsel, whose information is set forth below:

Todd A. Levine, Esq.
Terri Meyers
Kluger, Kaplan, Silverman, Katzen & Levine, P.L.
201 S. Biscayne Boulevard, 27th Floor
Miami, FL 33131
Telephone: (305) 379-9000
facsimile:  (305) 379-3428

<u>/s/ John Gravante</u>