UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 24-cv-81507-MIDDLEBROOKS/Matthewman

ROBIN FLEMING, MISS AMERICA IP,
INC., MISS AMERICA'S SCHOLARSHIP
FOUNDATION, INC., and MAO IP
HOLDING COMPANY, LLC,

       Plaintiffs,
v.

GLENN F. STRAUB, CRAIG T. GALLE,
KATHLEEN A. FIALCO, and PALM
BEACH POLO, INC.,

       Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL
## FOR DEFENDANTS/COUNTER-PLAINTIFFS

The law firm of Kluger, Kaplan, Silverman, Katzen & Levine, P.L., Todd A. Levine, Esq., Terri Ellen Tuchman Meyers, Esq., Briana Harris, Esq., and Halyna Hnatkiv, Esq. (collectively, "**Kluger Kaplan**"), pursuant to Rule 4-1.16 of the Rules Regulating the Florida Bar and Southern District of Florida Local Rules 11.1(d)(3)(A), hereby file this Motion to Withdraw as counsel for Defendants/Counter-Plaintiffs, GLENN F. STRAUB ("**Straub**") and PALM BEACH POLO, INC. ("**PBP**"), and state as follows:

    1.    Kluger Kaplan previously entered appearances in this case on behalf of Straub and PBP, as well as on behalf of former Defendants Craig T. Galle ("**Galle**") and Kathleen A. Fialco ("**Fialco**").

    2.    On January 20, 2026, the parties filed a Joint Stipulation of Dismissal With Prejudice of Plaintiffs' claims against Galle and Fialco [ECF No. 159]. Straub and PBP

(collectively, the "**Remaining Defendants**") are the only remaining parties that Kluger Kaplan represents in this case.

3. Southern District of Florida Local Rule 11.1(d)(3) allows attorneys to withdraw with leave of Court. Good cause exists to allow Kluger Kaplan to withdraw as counsel for the Remaining Defendants.

4. Irreconcilable differences have arisen between Kluger Kaplan and the Remaining Defendants that preclude Kluger Kaplan from continuing to represent them in this case and which require Kluger Kaplan's withdrawal pursuant to Rule 4-1.16(b) of the Rules Regulating the Florida Bar, including, *inter alia*, the entry of this Court's Order Requiring Response to Court Interrogatories and Withdrawal of the Bankruptcy Reference dated February 17, 2026 [ECF No. 196] (the "**Order**").

5. Among other things, the Order has generated a clear conflict that prevents Kluger Kaplan from proceeding as counsel for the Remaining Defendants. The Order apparently questions the integrity of Kluger Kaplan as attorneys in this matter and clearly carries with it the prospect of prejudice to the Remaining Defendants.

6. Kluger Kaplan is obligated to withdraw as counsel for the Remaining Defendants.

7. Kluger Kaplan provided the Remaining Defendants with reasonable advance notice that Kluger Kaplan would be filing this Motion and provided a copy of this Motion to the Remaining Defendants. Remaining Defendants object to Kluger Kaplan's withdrawal as requested herein.

8. In accordance with Southern District of Florida Local Rule 11.1(d)(3)(A), the Remaining Defendants' contact and mailing information is as follows:

**Glenn F. Straub**
**Palm Beach Polo, Inc.**
11199 Polo Club Road
Wellington, Florida 33414
*straubpolo@aol.com*
(561) 798-7000

9. In addition to allowing Kluger Kaplan to withdraw as counsel for the Remaining Defendants, Kluger Kaplan respectfully requests that the Court enter a 30-day stay of all deadlines and events in this case, including any upcoming depositions, hearings, and trial, to provide the Remaining Defendants with a reasonable opportunity to retain new counsel. Although trial is currently scheduled to begin during the two-week period commencing March 23, 2026, the parties filed a Consent to Proceed Before United States Magistrate Judge Matthewman on January 16, 2026. [ECF No. 158]. On January 20, 2026, the parties filed a Joint Motion to Modify Trial Date and Pre-Trial Scheduling Order Deadlines. [ECF No. 161]. On January 21, 2026, the Court entered an Order stating that it would refer the case to Magistrate Judge Matthewman for all purposes after the January 30, 2026 sanctions hearing. [ECF No. 163]. The sanctions hearing took place on January 30 and February 2, 2026 and nothing has occurred in this case since then unrelated to the sanctions hearing.

10. This Motion is brought in good faith, is borne of necessity, and is not intended to disrupt or delay this action.

11. A proposed order is attached to this Motion in accordance with Southern District of Florida Local Rule 7.1(a)(2).

**WHEREFORE**, Kluger, Kaplan, Silverman, Katzen & Levine, P.L., Todd A. Levine, Esq., Terri Ellen Tuchman Meyers, Esq., Briana Harris, Esq., and Halyna Hnatkiv, Esq. respectfully request that the Court enter an Order granting this Motion to Withdraw as counsel for Defendants/Counter-Plaintiffs, GLENN F. STRAUB and PALM BEACH POLO, INC., staying

3

this action for 30 days to enable the Remaining Defendants to retain new counsel, and ordering such other and further relief as the Court deems just and proper.

## LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel, Terri Ellen Tuchman Meyers, Esq., certifies that she conferred in good faith with Andrew Crawford, Esq. and Benjamin Chew, Esq., counsel for Plaintiffs, regarding undersigned counsel's withdrawal as counsel for Defendants, via telephone and email, respectively, on February 26, 2026, and Mr. Chew informed undersigned counsel via email that Plaintiffs oppose undersigned counsel's withdrawal.

Respectfully Submitted,

**KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**
*Counsel for Defendants/Counter-Plaintiffs*
201 South Biscayne Boulevard
Suite 1800
Miami, Florida 33131
Telephone: (305) 379-9000

By: /s/ *Terri Ellen Tuchman Meyers*
**Todd A. Levine**
Fla. Bar No. 899119
*tlevine@klugerkaplan.com*
**Terri Ellen Tuchman Meyers**
Fla. Bar No. 881279
*tmeyers@klugerkaplan.com*
**Briana A. Harris**
Fla. Bar No. 1058239
*bharris@klugerkaplan.com*
**Halyna Hnatkiv**
Fla. Bar No. 1039034
*hhnatkiv@klugerkaplan.com*