UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-81507-CV-MIDDLEBROOKS

ROBIN FLEMING, MISS AMERICA IP,
INC., MISS AMERICA'S SCHOLARSHIP
FOUNDATION, INC., and MAO IP
HOLDING COMPANY, LLC,

    Plaintiffs,

v.

GLENN F. STRAUB, CRAIG T. GALLE,
KATHLEEN A. FIALCO, and
PALM BEACH POLO, INC.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon he law firm of Kluger, Kaplan, Silverman, Katzen & Levine, P.L., Todd A. Levine, Terri Ellen Tuchman Meyers, Briana Harris, and Halyna Hnatkiv's (collectively, "Kluger Kaplan") Motion to Withdraw as Counsel for Defendants/Counter-Plaintiffs (DE 201), filed February 27, 2026. The Motion is ripe. (DE 205, DE 208). The Motion states irreconcilable differences between counsel and Defendants Glenn Straub and Palm Beach Polo, Inc. The Motion complies with Southern District of Florida Local Rule 11.1(d)(3), which requires notice to be served on the client and opposing counsel, and a statement of the current mailing address of the client. The Court being fully advised, it is hereby **ORDERED AND ADJUDGED** that:

    1) The Motion to Withdraw as Counsel for Defendants/Counter-Plaintiffs (DE 201) is **GRANTED.**

2) Kluger Kaplan shall have no further responsibility in this matter and shall be removed from the CM/ECF notification system and from the certificates of service for all pleadings, correspondence, and orders.

3) Defendant Glenn Straub shall have **THIRTY (30) DAYS** from the date of entry of this Order to secure new counsel, or to advise the Court of his intent to proceed pro se in this matter.

4) Defendant Palm Beach Polo, Inc. **may not** proceed pro se and must obtain counsel to represent it within **THIRTY (30) DAYS** from the date of this Order. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel").

5) Kluger Kaplan **SHALL SERVE** a copy of this Order on Defendants within **TWO DAYS** from the date of entry of this Order and confirm Defendants' receipt therefore. Attorneys are further **DIRECTED** to file a certificate of service indicating the date on which service was accomplished and the manner in which Defendants' receipt of this Order was confirmed.

6) Until new counsel is secured, Plaintiffs **SHALL SERVE** all papers on Defendants at Glenn F. Straub, Palm Beach Polo, Inc.. 11199 Polo Club Road Wellington, Florida 33414, straubpolo@aol.com, (561) 798-7000.

7) This Order does not impact the current litigation schedule.

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of March, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

Glenn Straub
Palm Beach Polo, Inc.
11199 Polo Club Road
Wellington, Florida 33414