**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 24-81507-CV-MIDDLEBROOKS

ROBIN FLEMING, MISS AMERICA IP,
INC., MISS AMERICA'S SCHOLARSHIP
FOUNDATION, INC., and MAO IP
HOLDING COMPANY, LLC,

      Plaintiffs,

v.

GLENN F. STRAUB, CRAIG T. GALLE,
KATHLEEN A. FIALCO, and
PALM BEACH POLO, INC.,

      Defendants.

                                              /

**NOTICE OF APPEARANCE AND**
**DESIGNATION OF E-MAIL ADDRESSES**

PLEASE TAKE NOTICE that Henry B. Handler, Esq., William J. Cornwell, Esq., and

Harry Winderman, Esq., of the firm of Weiss, Handler & Cornwell, P.A., hereby give notice of

their appearance on behalf of Defendants, GLENN F. STRAUB, CRAIG T. GALLE, and PALM

BEACH POLO, INC., and request that copies of all motions, notices, and other pleadings filed or

served in this case be furnished to the undersigned.  The following email addresses are designated

for purposes of service of all orders, pleadings, notices, motions, orders and other documents filed

or served in this matter:

| | |
|---|---|
| Primary E-Mail: | hbh@whcfla.com |
| Secondary E-Mail: | vp@whcfla.com |
| Primary E-Mail: | wjc@whcfla.com |
| Secondary E-Mail: | gp@whcfla.com |
| Primary E-Mail: | hw@whcfla.com |
| Secondary E-Mail: | gg@whcfla.com |

Dated: March 27, 2026.                Respectfully submitted,

WEISS, HANDLER & CORNWELL, P.A.
*Attorney for Defendants Glenn F. Straub, Craig T.*
*Galle, and Palm Beach Polo, Inc.*
One Boca Place
2255 Glades Road, Suite 205-E
Boca Raton, FL 33431
Telephone: (561) 997-9995


By: /s/Henry B. Handler
    HENRY B. HANDLER, ESQ.
    Florida Bar No.: 259284
    hbh@whcfla.com
    filings@whcfla.com
    vp@whcfla.com
    WILLIAM J. CORNWELL, ESQ.
    Florida Bar No.: 782017
    wjc@whcfla.com
    gp@whcfla.com
    HARRY WINDERMAN, ESQ.
    Florida Bar No.: 209562
    hw@whcfla.com
    gg@whcfla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I filed the foregoing with the Court by uploading to the CM/ECF system for the Southern District of Florida and that a true and correct copy of the foregoing has been furnished via Notice of Electronic Filing to all registered parties and counsel, on this 27th day of March 2026.

WEISS, HANDLER & CORNWELL, P.A.
*Attorney for Defendants Glenn F. Straub, Craig T. Galle, and Palm Beach Polo, Inc.*
One Boca Place
2255 Glades Road, Suite 205-E
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/Henry B. Handler
    HENRY B. HANDLER, ESQ.
    Florida Bar No.: 259284
    hbh@whcfla.com
    filings@whcfla.com
    vp@whcfla.com
    WILLIAM J. CORNWELL, ESQ.
    Florida Bar No.: 782017
    wjc@whcfla.com
    gp@whcfla.com
    HARRY WINDERMAN, ESQ.
    Florida Bar No.: 209562
    hw@whcfla.com
    gg@whcfla.com

## SERVICE LIST

| | |
|---|---|
| Bruce Judson Berman<br>Carlton Fields, P.A.<br>100 SE 2nd St., Suite 4200<br>Miami, FL 33131-2114<br>bberman@carltonfields.com | John J. Anastasio<br>Law Office of John J. Anastasio<br>3601 SE Ocean Blvd., Suite 203<br>Stuart, FL 34996<br>john@psllaw.net |
| Benjamin G. Chew<br>Andrew C. Crawford<br>John G. Doyle<br>Nina Franco<br>Jessica N. Meyers | Maia Dombey<br>Diaz Reus and Targ LLP<br>100 SE 2nd St., Suite 3400<br>Miami, FL 33131<br>mdombey@diazreus.com |

| | |
|---|---|
| Camille M. Vasquez<br>Sheppard, Mullin, Richter & Hampton LLP<br>2099 Pennsylvania Ave., NW, Suite 100<br>Washington, DC 20006<br>bchew@sheppardmullin.com<br>acrawford@sheppardmullin.com<br>jdoyle@sheppardmullin.com<br>nfranco@sheppardmullin.com | Charlie C H Lee<br>1751 Pinnacle Dr., Suite 1100<br>McLean, VA 22102<br>c.lee@mooreandlee.com |
| Jessica N. Meyers<br>Sheppard, Mullin, Richter & Hampton LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>jmeyers@sheppardmullin.com | John Gravante, III<br>Jayaram Law<br>3800 NE 1st Ave., Suite 500<br>Miami, FL 33137<br>john@jayaramlaw.com |
| Charles Craig Eller<br>Kelley Kaplan & Eller, PLLC<br>1665 Palm Beach Lakes Blvd., Suite 1000<br>West Palm Beach, FL 33401<br>celler@kelleylawoffice.com | Barry Scott Richard<br>Barry Richard Law Firm<br>101 East College Ave., Suite 400<br>Tallahassee, FL 32301<br>barryrichard@barryrichard.com |
| Eugene Joseph Rossi<br>Carlton Fields, P.A.<br>1025 Thomas Jefferson St. NW<br>Suite 400 West<br>Washington, DC 20007-5208<br>grossi@carltonfields.com | John Preston Seiler<br>Seiler, Sautter, Zaden, Rimes & Wahlbrink<br>2850 N. Andrews Ave.<br>Fort Lauderdale, FL 33311<br>jseiler@sszrlaw.com |
| Larry Allen Zink<br>Zink, Zink & Zink Co LPA<br>3711 Whipple Ave., N.W.<br>Canton, OH 44718<br>zinklaw3711@yahoo.com | |