**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 24-81507-CV-MIDDLEBROOKS

ROBIN FLEMING, MISS AMERICA IP,
INC., MISS AMERICA'S SCHOLARSHIP
FOUNDATION, INC., and MAO IP
HOLDING COMPANY, LLC,

      Plaintiffs,

v.

GLENN F. STRAUB, CRAIG T. GALLE,
KATHLEEN A. FIALCO, and
PALM BEACH POLO, INC.,

      Defendants.

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Non-Party, CRAIG T. GALLE,[1] hereby appeals to the

United States Court of Appeals for the Eleventh Circuit from the Order on Sanctions which was

entered by the United States District Court for the Southern District of Florida on March 9, 2026

[ECF No. 210].

The Order on Sanctions, among other things: (1) granted Plaintiffs' Motion for Sanctions

[ECF No. 97]; (2) dismissed Defendants' Amended Counterclaim with prejudice; (3) awarded

Plaintiffs reasonable expenses, including attorney's fees and costs, jointly and severally against

Glenn T. Straub and Craig Galle for fees associated with (a) service and filing of Plaintiffs' Motion

for Sanctions, the December 11, 2025, Zoom hearing, the January 30, 2026 evidentiary hearings,

---

[1] A dismissal of all claims against Mr. Galle, with prejudice, was filed by Plaintiffs on January 20, 2026 [ECF No. 160], following Plaintiffs having withdrawn, with prejudice, their Motion for Sanctions as to Mr. Galle on January 20, 2026 [ECF No. 159], and having given Mr. Galle a General Release.

and related filings; (b) defense of Defendants' Counterclaim; (c) the bankruptcy proceedings; and (d) matters in Plaintiffs' Complaint to the extent such expenses can be identified and segregated which involved litigating the legitimacy of the Operating Agreements and minutes; and (4) directed that a copy of the Order be provided to the State Court for any action deemed appropriate.

This appeal is taken pursuant to 28 U.S.C. § 1291 and Fed. R. App. P. 3.

Dated: April 6, 2026.

Respectfully submitted,

WEISS, HANDLER & CORNWELL, P.A.
*Attorneys for Glenn F. Straub, Craig T. Galle, and Palm Beach Polo, Inc.*
One Boca Place
2255 Glades Road, Suite 205-E
Boca Raton, FL 33431
Telephone: (561) 997-9995

By:_____
HENRY B. HANDLER, ESQ.
Florida Bar No.: 259284
hbh@whcfla.com
filings@whcfla.com
vp@whcfla.com
WILLIAM J. CORNWELL, ESQ.
Florida Bar No.: 782017
wjc@whcfla.com
gp@whcfla.com
HARRY WINDERMAN, ESQ.
Florida Bar No.: 209562
hw@whcfla.com
gg@whcfla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I filed the foregoing with the Court by uploading to the CM/ECF system for the Southern District of Florida and that a true and correct copy of the foregoing has been furnished via Notice of Electronic Filing to all registered parties and counsel, on this 6th day of April 2026.

WEISS, HANDLER & CORNWELL, P.A.
*Attorneys for Glenn F. Straub, Craig T. Galle, and Palm Beach Polo, Inc.*
One Boca Place
2255 Glades Road, Suite 205-E
Boca Raton, FL 33431
Telephone: (561) 997-9995

By:_____
HENRY B. HANDLER, ESQ.
Florida Bar No.: 259284
hbh@whcfla.com
filings@whcfla.com
vp@whcfla.com
WILLIAM J. CORNWELL, ESQ.
Florida Bar No.: 782017
wjc@whcfla.com
gp@whcfla.com
HARRY WINDERMAN, ESQ.
Florida Bar No.: 209562
hw@whcfla.com
gg@whcfla.com

## SERVICE LIST

| | |
|---|---|
| Benjamin G. Chew<br>Andrew C. Crawford<br>John G. Doyle<br>Nina Franco<br>Jessica N. Meyers<br>Camille M. Vasquez<br>Sheppard, Mullin, Richter & Hampton LLP<br>2099 Pennsylvania Ave., NW, Suite 100<br>Washington, DC 20006<br>bchew@sheppardmullin.com<br>acrawford@sheppardmullin.com | John J. Anastasio<br>Law Office of John J. Anastasio<br>3601 SE Ocean Blvd., Suite 203<br>Stuart, FL 34996<br>john@psllaw.net |

| | |
|---|---|
| jdoyle@sheppardmullin.com<br>nfranco@sheppardmullin.com | |
| Jessica N. Meyers<br>Sheppard, Mullin, Richter & Hampton LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>jmeyers@sheppardmullin.com | Maia Dombey<br>Diaz Reus and Targ LLP<br>100 SE 2nd St., Suite 3400<br>Miami, FL 33131<br>mdombey@diazreus.com |
| Barry Scott Richard<br>Barry Richard Law Firm<br>101 East College Ave., Suite 400<br>Tallahassee, FL 32301<br>barryrichard@barryrichard.com | Charlie C. H. Lee<br>Moore & Lee, P.C.<br>1751 Pinnacle Dr., Suite 1100<br>McLean, VA 22102<br>c.lee@mooreandlee.com |
| John Preston Seiler<br>Seiler, Sautter, Zaden, Rimes & Wahlbrink<br>2850 N. Andrews Ave.<br>Fort Lauderdale, FL 33311<br>jseiler@sszrlaw.com | Larry Allen Zink<br>Zink, Zink & Zink Co LPA<br>3711 Whipple Ave., N.W.<br>Canton, OH 44718<br>zinklaw3711@yahoo.com |