**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

CASE NO. 24-81507-CV-MIDDLEBROOKS/MATTHEWMAN

ROBIN FLEMING, MISS AMERICA IP,
INC., MISS AMERICA'S SCHOLARSHIP
FOUNDATION, INC., and MAO IP
HOLDING COMPANY, LLC,

      Plaintiffs,

v.

GLENN F. STRAUB and PALM
BEACH POLO, INC.,

      Defendants.

_____/

**JOINT NOTICE**

Following the status conference held by the Court on June 16, 2026, the parties have

conferred and hereby notify the Court that the parties do not consent to magistrate jurisdiction.

Dated: June 17, 2026

| | |
|---|---|
| By: PLAINTIFFS ROBIN FLEMING MISS AMERICA IP, INC., MISS AMERICA'S SCHOLARSHIP FOUNDATION, INC., and MAO IP HOLDING COMPANY, LLC | DEFENDANTS GLENN F. STRAUB, and PALM BEACH POLO, INC. |
| /s/ *Charlie C.H. Lee* | /s/ *Henry B. Handler* |
| Charlie C.H. Lee (Fla. Bar No. 96671) | Henry B. Handler (Fla. Bar No. 259284) |
| c.lee@mooreandlee.com | hbh@whcfla.com |
| MOORE & LEE, P.C. | WEISS, HANDLER & CORNWELL, P.A. |
| 3835 PGA Boulevard, | One Boca Place |
| Suite 201 | 2255 Glades Road |
| Palm Beach Gardens, FL 33410 | Suite 205-E |

-1-

-2-

Telephone:  (703) 506-2050                          Boca Raton, FL 33431
                                                     Telephone: (561) 997-9995

Attorneys for Plaintiffs                             Attorneys for Defendants

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ Charlie C.H. Lee