UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-81507-MIDDLEBROOKS/MATTHEWMAN

ROBIN FLEMING, et al.,

Plaintiffs,

v.

GLENN F. STRAUB, et al.,

Defendants.
_______________________________________/

**OMNIBUS DISCOVERY ORDER**

THIS CAUSE is before the Court upon the three pending discovery motions: Defendants' Motion for Leave to Take the Continued Deposition of Plaintiff Robin Fleming [DE 285]; Defendants' Motion to Compel Discovery [DE 288]; and Defendants' Motion for Order Compelling a Mental Examination of Plaintiff Robin Fleming [DE 314] (collectively the "Motions"). The Motions are fully briefed and ripe for review. The parties also filed a Joint Notice in accordance with further Court ordered conferral. [DE 326]. According to the Joint Notice, the parties resolved some of their discovery disputes. *Id.* The Court then held an in-person hearing on the Motions on July 24, 2026. [DE 332]. The Court made certain rulings at the hearing. This Order is intended to memorialize and elucidate those oral rulings.

Therefore, it is hereby **ORDERED** as follows:

1. Defendants' Motion for Leave to Take the Continued Deposition of Plaintiff Robin Fleming [DE 285] and Defendants' Motion to Compel Discovery [DE 288] are **GRANTED** to the extent explained below.

2. Plaintiff Robin Fleming's deposition, in her individual and representative capacity, shall occur on **August 7, 2026**. Defendant Glenn Straub's deposition, in his individual and representative capacity, shall occur on **August 10, 2026**. These dates are firm, and the parties and their counsel are ORDERED to comply with this deposition schedule.
3. Plaintiffs shall produce the agreed-upon documents as discussed during the hearing, including tax returns, bank records, and profit and loss statements, by **August 5, 2026**. Defendants shall produce the documents requested by Plaintiffs by **August 6, 2026**. Again, these are firm dates, and the parties and counsel are ORDERED to strictly comply in a timely manner.
4. The Court finds good cause the extend the discovery deadline solely for completing the above-defined discovery. No other deadlines are modified by this Order.
5. Defendants' Motion for Order Compelling a Mental Examination of Plaintiff Robin Fleming [DE 314] is **DENIED** for the reasons stated on the record during the hearing, including for the following reasons: (1) Plaintiffs have moved to withdraw their intentional infliction of emotional distress claim; (2) Plaintiffs stipulated on the record during the hearing that they only seek damages related to garden variety emotional distress, simple anxiety, embarrassment, and reputational harm related to their defamation claim; and (3) Plaintiffs stipulate that they will not be calling a mental health expert. Plaintiffs will be bound by their stipulation, and therefore, based upon Plaintiffs' stipulation, as well as the other reasons stated in this Order and at the hearing, the Court finds no good cause to take the mental examination of Plaintiff Robin Fleming under Rule 35. Thus, the Motion [DE 314] is DENIED.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of July 2026.

WILLIAM MATTHEWMAN
Chief United States Magistrate Judge